**Doris Kay DEVERS, Appellee,**

v.

**CHATEAU CORPORATION, C.F. Prospect, Inc., etc., et al., Appellants.**

**Nos. 85–1715, 85–1716.**

United States Court of Appeals, Fourth Circuit.

Sept. 8, 1986.

**Gary W. JUSTICE, Appellant,**

v.

**John W. DENNIS, etc., Appellee.**

**No. 85–1431.**

United States Court of Appeals, Fourth Circuit.

Sept. 30, 1986.

The appellee's petition for rehearing and suggestion for rehearing in banc were submitted to this Court.

On the question of rehearing before the panel, Judge Murnaghan voted to rehear the case. Judges Wilkinson and Haynsworth voted to deny.

In a requested poll of the Court on the suggestion for rehearing in banc, Judges Russell, Widener, Hall, Murnaghan, and Sprouse voted to rehear the cases in banc; and Chief Judge Winter and Judges Phillips, Ervin, Chapman, Wilkinson and Wilkins voted against in banc rehearing.

As the panel considered the petition for rehearing and is of the opinion that it should be denied, and as a majority of the active circuit judges voted to deny rehearing in banc,

The appellee's petition for rehearing and suggestion for rehearing in banc were submitted to this Court. In a requested poll of the Court, Judges Russell, Widener, Hall, Sprouse, Chapman, Wilkinson, and Wilkins voted to rehear the case in banc; and Judges Winter, Phillips, Murnaghan, and Ervin voted against rehearing the case in banc. A majority of judges having voted to grant rehearing in banc,

IT IS ORDERED that rehearing in banc is granted.

IT IS FURTHER ORDERED that this case shall be calendared for argument at the December 1986 session of Court.